### HYDE V. McGHEE.
(Decided May 22, 1913.)

APPEAL from Lauderdale Circuit Court.

Heard before Hon. C. P. ALMON.

A. A. WILLIAMS, for appellant.  MITCHELL & HUGHS-TON, for appellee.

Per curiam.  Appeal dismissed.

---

### McCUTCHEON V. THE STATE.
(Decided June 5, 1913.)

APPEAL from Morgan Circuit Court.

Heard before Hon. D. W. SPEAKE.

CALLAHAN & HARRIS, TIDWELL & SAMPLE, and C. L. PRICE, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—The bill of exceptions stricken because not filed within ninety days, and cause affirmed.

---

### McDADE V. THE STATE.
(Decided May 15, 1913.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

PINKEY SCOTT, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error is shown, and the cause is affirmed.

---

### MANNING V. CITY OF GADSDEN.
(Decided June 5, 1913.)

APPEAL from Etowah Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

W. J. BOYKIN, for appellant.  GOODHUE, BRINDLEY & WHITE, for appellee.

Per curiam.  Dismissed for want of prosecution.